

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

February 20, 2026

**<u>Via CM/ECF</u>**
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York

Granted.

SO ORDERED:

2/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

RE:    *Alexandria v. 2791 Broadway Restaurant Group, LLC*
       Case No. 1:25-cv-07742-VSB-RWL

Dear Judge Lehrburger:

Pursuant to the Order entered on January 29, 2026, Plaintiff submits the within request.

Plaintiff only received the Clerk's Certificate of Default on February 13, 2026 and sent it out to the Defendant today, February 20, 2026. Plaintiff requests an additional thirty (30) days to file for a Default Judgment against the Defendant to allow time for the Defendant to make an appearance on this matter.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

cc:    All Counsel of Record via ECF